

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2020

No. 04-19-00778-CR

**THE STATE OF TEXAS,**
Appellant

v.

Vivian **LAMPKIN,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 601339
Yolanda T. Huff, Judge Presiding

# O R D E R

Appellant's brief was originally due March 2, 2020. On March 2, 2020, appellant filed a motion requesting an extension of time to file the brief until April 1, 2020, for a total extension of 30 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file its brief **by April 1, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court